Order entered December 12, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01057-CV

## VICTORY PARK MOBILE HOME PARK, Appellant

V.

## SHARON BOOHER, Appellee

On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-12480

## ORDER

The Court has before it the request of Diane L. Robert, official court reporter for the 14th Judicial District Court, for an extension of time in which to file the reporter's record. The Court GRANTS the request and ORDERS Ms. Robert to file the reporter's record by January 7, 2013.



MOLLY FRANCIS
JUSTICE